IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHERMAN D. MANNING,

        Plaintiff,                  No. CIV S-08-0983 MCE EFB P

    vs.

UNKNOWN,

        Defendant.             <u>ORDER</u>

_____/

        Plaintiff, a state prisoner without counsel, has filed a civil rights action. *See* 42 U.S.C. § 1983.

        Plaintiff alleges a violation of his civil rights in Fresno County, which is in the Fresno Division of this court. This action should have been commenced there. *See* Local Rule 3-120(d).

        Accordingly, it is hereby orderd that:

        1. This action is transferred to the Fresno Division.

        2. The Clerk of Court shall assign a new case number.

/////

/////

/////

1

3. All future filings shall bear the new case number and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: October 22, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2